# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LESTER BELL

NO. 2026 KW 0591

**JULY 27, 2026**

---

In Re:     Lester Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 25910, 27624.

---

**BEFORE:     PENZATO, GREENE, AND FIELDS, JJ.**

**WRIT DENIED AS MOOT.** The records of the Ascension Parish Clerk's Office reflect that the district court acted on relator's letter requesting a "certified copy of the Grand Jury Empaneling Minute Entry, from October 28, 2009 and November 4, 2010," on April 23, 2026. The record further reflects that the Ascension Parish Clerk's Office responded to relator's letter requesting "a certified copy of the Grand Jury Docket Masters, reflecting that the State filed indictment on October 28, 2009 and November 4, 2010," on December 1, 2025.

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT